759 A.2d 912

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**George REITZ, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 11, 2000.

George J. Reitz, Jr. for petitioner.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of October, 2000, petitioner's "Motion for Leave to Supplement Petition for Allowance of Appeal" and "Motion for Leave to Supplement Record by Offering Slip Opinion from a Pennsylvania Appellate Court Regarding Petitioner's Unlawfully Enhanced Sentence" are granted, and the petition for allowance of appeal is denied.